BRUCE A. BEHRENS, Chief Counsel
THOMAS C. FELLENZ, Deputy Chief Counsel
RICHARD B. WILLIAMS, Assistant Chief Counsel
JOANN GEORGALLIS, Bar No. 100774
ROGER A. FORMANEK, Bar No. 199726
1120 N Street, P. O. Box 1438 (MS 57)
Sacramento, California 95812-1438
Telephone: (916) 654-2630
Facsimile: (916) 654-6128

Attorneys for Defendant
State of California

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FORTY-NINER LEASE, RICHARD E. WHILMSHURST, ALAN H. CORELL,<br><br>Plaintiffs,<br><br>v.<br><br>THE DEPARTMENT OF TRANSPORTATION an agency of THE STATE OF CALIFORNIA,<br><br>Defendants. | Case No.: 1:07-CV-00406-OWW-NEW (WMW)<br><br>JUDGEMENT IN CIVIL ACTION |

Defendants State of California, Joy Pinne and Mike Hutchison having moved to dismiss Plaintiffs' First Amended Complaint, the matter having been duly heard before this Court and the Court having rendered its memorandum of decision granting Defendants' motion without leave to amend,

**IT IS HEREBY ORDERED AND ADJUDICATED THAT JUDGEMENT IS ENTERED FOR THE DEFENDANTS AND AGAINST THE PLAINTIFFS.**

Dated: September 6, 2007.          /s/ OLIVER W. WANGER
                                                            OLIVER W. WANGER
                                                            UNITED STATES DISTRICT JUDGE