IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. WILMSHURST, THE 49er LEASE, AND ALAN H. CORELL,<br><br>         Plaintiffs,<br><br>    vs.<br><br>THE DEPARTMENT OF TRANSPORTATION, an agency of the State of California, THE UNITED STATES DEPARTMENT OF TRANSPORTATION, JOY PINE, AND MIKE HUTCHINSON,<br><br>         Defendants . | No. CV-F-07-406 OWW/WMW<br><br>MEMORANDUM DECISION GRANTING U.S. DEPARTMENT OF TRANSPORTATION'S MOTION TO DISMISS (Doc. 30) |

   Before the Court is the motion to dismiss filed by the United States Department of Transportation (DOT) under Rules 4(m), 12(b)(5) and 12(b)(6), Federal Rules of Civil Procedure.

   Plaintiffs have filed no written opposition to this motion to dismiss and did not appear at the hearing on February 25, 2008.

1

  DOT is named as a Defendant in Plaintiff's Amended Complaint filed on June 6, 2007.  The only allegation in the Amended Complaint pertaining to DOT is that "Cal-Trans and DOT have a contract wherein DOT provides Cal-Trans funds to assist in the building of Highway # 4."  None of the four claims for relief in the Amended Complaint seek any relief from DOT or even mention DOT.  Although a summons for DOT was issued by the Clerk's Office on June 6, 2007, no Return of Service has been filed in this action.  Kimberly Gaab, one of the persons in the United States Attorney's Office in the Eastern District of California designated as a civil process clerk to receive copies of summonses, complaints and other process served upon the United States, avers:

> Both the Fresno and Sacramento U.S. Attorney's Offices maintain a log that identifies all documents served upon the United States pursuant to Federal Rule of Civil Procedure 4(i).  I have verified that the First Amended Complaint in this action was not served upon either the Fresno or Sacramento U.S. Attorney's Office in compliance with Federal Rule of Civil Procedure 4(i).

By Memorandum Decision and Order filed on  August 14, 2007, the motion to dismiss filed by the California Department of Transportation, Joy Pine and Mike Hutchinson was granted without leave to amend:

> Plaintiffs' have adequate remedies in the state court.  Land use matters are inherently of local concern.  No immediately protectable interest has been identified requiring exercise of federal jurisdiction.  Even if a federal claim could be stated, abstention is

> appropriate to enable the presentation of any
> such issues in the already pending state
> court eminent domain lawsuits and based on
> other state remedies available to Plaintiffs.

## CONCLUSION

**1.** DOT's motion to dismiss is GRANTED. Plaintiffs have not served DOT and no claim upon which relief can be granted against DOT is stated in the Amended Complaint.

**2.** Counsel for DOT shall prepare and lodge a form of order and judgment reflecting the ruling in this Memorandum Decision within 5 days of the filing date of this Memorandum Decision.

IT IS SO ORDERED.

**Dated:   February 26, 2008**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE