McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant U.S. Department of Transportation

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD E. WILMSHURST, THE 49ER LEASE, and ALAN H. CORELL, | ) ) ) | 1:07-cv-00406-OWW |
| | ) | **JUDGMENT** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| THE DEPARTMENT OF TRANSPORTATION, an agency of THE STATE OF CALIFORNIA; THE UNITED STATES DEPARTMENT OF TRANSPORTATION; JOY PINE; and MIKE HUTCHINSON, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendant U.S. Department of Transportation's motion to dismiss the action against it (Doc. 30) having come on for hearing on February 25, 2008, Plaintiffs having failed to file any opposition to the motion or appear at the hearing, and the Court having rendered its Memorandum Decision Granting the U.S. Department of Transportation's Motion to Dismiss (Doc. 32) on February 26, 2008;

1

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is

2 entered in favor of the U.S. Department of Transportation and

3 against Plaintiffs.

4

5 IT IS SO ORDERED.

6 **Dated:   February 29, 2008**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT